U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED LAFAYETTE

FEB 2 2 2014

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

| | |
|---|---|
| STEVE DUNNING | CIVIL ACTION NO. 11-CV-1268 |
| VERSUS | JUDGE HAIK |
| TAYLOR CATERING CO. ET AL | MAGISTRATE JUDGE HANNA |

## JUDGMENT

This matter was referred to United States Magistrate Judge Patrick J. Hanna for report and recommendation. After an independent review of the record, and noting the absence of any objections from the parties, this Court concludes that the Magistrate Judge's report and recommendation [Doc. 106] is correct and adopts the findings and conclusions therein as its own. Accordingly, Plaintiff's Motion for Bench Trial [Doc. 93] is GRANTED.

Signed at Lafayette, Louisiana this 20th day of February, 2014.

Richard T. Haik
United States District Judge